IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| ERICK FRANCISCO NUNEZ TAVAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-086 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; SMITH STATE PRISON; | ) | |
| ASHLEY KENNEDY; KEENAN CARVER; | ) | |
| CURTIS TODD; WILLESHA WARREN; | ) | |
| RODNEY FOULKS; TYRONE OLIVER; | ) | |
| CHARLES MIMS; and JACOB BEASLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ___17th___ day of February, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA